**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| BYRON HARRIS, | : | Case No. 1:26-cv-433 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| OHIO DEPARTMENT OF | : | |
| REHABILITATION, et al., | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 3)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Chelsey M. Vascura (Doc. 3), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's federal claims and **DISMISSES WITHOUT PREJUDICE,** to be re-filed in state court, Plaintiff's state law claims. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: Matthew W. McFarland
JUDGE MATTHEW W. McFARLAND